UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| PATRICK C. SHALTRY, I, | Case No. 1:25-cv-13704 |
| *Plaintiff,* | F. Kay Behm<br>United States District Judge |
| v. | Patricia T. Morris |
| BRENT BENZING, et al., | United States Magistrate Judge |
| *Defendants.* | |

## ORDER DIRECTING SUPPLEMENTAL BRIEFING ON PENDING MOTIONS TO DISMISS (ECF Nos. 10, 12, 13 & 16)

This is a civil rights case. Plaintiff filed a first amended complaint on January 22, 2026, as a matter of course pursuant to Federal Rule of Civil Procedure 15(a)(1)(B). The first amended complaint is therefore the operative pleading.

Currently pending are Defendants' motions to dismiss (ECF Nos. 10, 12, 13 & 16), and "[b]ecause amended complaints supersede the original pleading, the filing of the amended complaint in this case did technically render the pending motion[s] to dismiss moot." *Yates v. Applied Performance Techs., Inc.,* 205 F.R.D. 497, 499 (S.D. Ohio 2002).

Accordingly, **IT IS ORDERED** that on or before **February 17, 2026**, Defendants shall either (1) file supplemental briefing addressing the first amended complaint and specifically identifying which arguments from their original motions

1

they continue to rely upon or (2) withdraw their pending motions to dismiss and file new motions directed at the first amended complaint. The Court will consider only those arguments raised in the original motions that are expressly incorporated or referenced in any supplemental filing. *See Kentucky Press Ass'n, Inc. v. Kentucky*, 355 F. Supp. 2d 853, 857 (E.D. Ky. 2005).

**IT IS SO ORDERD.**

Date: January 23, 2026                               S/ PATRICIA T. MORRIS
                                                     Patricia T. Morris
                                                     United States Magistrate Judge