UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PATRICK C. SHALTRY,

      Plaintiff,

v.

BRENT BENZING, *et al.*,

      Defendant.

_____/

Case No. 25-13704

F. Kay Behm
United States District Judge

Patricia T. Morris
United States Magistrate Judge

## OPINION AND ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S MARCH 27, 2026, REPORT AND RECOMMENDATION (ECF No. 44)

Currently before the court is Magistrate Judge Morris's March 27, 2026 Report and Recommendation.  (ECF No. 44).  Magistrate Judge Morris recommends that the court grant Defendants' motions to dismiss (ECF Nos. 16, 22, 24), deny as moot Defendant Jessa Sheehan's duplicative motions to dismiss (ECF Nos. 12, 13), and deny Plaintiff's motion for sanctions (ECF No. 35).  The court is fully advised in the premises and has reviewed the record and the pleadings.  Neither party has filed timely objections, which were due on April 10, 2026.  The court notes that Plaintiff Shaltry is an e-filer and so was electronically served with the report and recommendation on the date it was filed.  *See* Fed.

R. Civ. P. 5(d)(3)(B), 5(b)(2)(E) (paper is properly served by sending it to a registered user by filing it with the court's electronic-filing system); *see also* E.D. Mich. Electronic Filing Policies and Procedures R1(e), R16(a).  "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *Hall v. Rawal*, 2012 WL 3639070 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)).  The court nevertheless agrees with the Magistrate Judge's recommended disposition on the grounds stated in that report and recommendation.  The court **ACCEPTS** and **ADOPTS** the Magistrate Judge's Report and Recommendation (ECF No. 44), **GRANTS** Defendants' motions to dismiss (ECF Nos. 16, 22, 24), **DENIES AS MOOT** Defendant Jessa Sheehan's duplicative motions to dismiss (ECF Nos. 12, 13), and **DENIES** Plaintiff's motion for sanctions (ECF No. 35).

This is not a final order and does not close the case.

**SO ORDERED**.

Date: April 13, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge

2